UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary Starr, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiffs,

vs.

Metro Systems, Inc., a Minnesota corporation, and Deborah Masanz,

Defendants.

Civil Action, File No.: 01-1122 MJD/JGL

**STIPULATION TO AMEND SCHEDULING ORDER**

Plaintiff Gary Starr, individually, and as the father and natural guardian of Gabrielle Cotton, and Defendants, Metro Systems, Inc. and Deborah Masanz, believe an Amended Scheduling Order should be entered pursuant to Rule 16 of the Rules of Civil Procedure to allow additional time to complete non-expert discovery. The parties, having stipulated, by their counsel, to an entry of this Amended Scheduling Order and Order Amending Scheduling Order, the Court having considered the proposed Order, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Scheduling Order in this case is hereby amended so that the non-expert discovery deadline in this case is now May 5, 2002.

FILED MAR 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ROBERT J. BRUNO, LTD.

Dated: 3/7, 2002

By: ______________________
ROBERT J. BRUNO #12415
Attorneys for Plaintiff
107 Professional Plaza
1601 East Highway 13
Minneapolis, Minnesota 55337
(952) 890-9171

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

Dated: 3/5, 2002

By: ______________________
PETER G. VAN BERGEN #112033
E. LYNETTE STAFFORD #030167X
Attorneys for Defendants
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(612) 546-8400

**ORDER**

Based on the foregoing Stipulation of the parties, and upon Rule 16 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply herewith.

Dated this 7 day of March, 2002

**BY THE COURT:**

Honorable Jonathan G. Lebedoff
United States Magistrate Judge
United States District Court

684628