# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Gary Starr,

Plaintiff,

v.

Metro Systems, Inc. and Deborah Masanz,

Defendant.

**COURT MINUTES**
BEFORE: Joan N. Ericksen
U.S. Judge

Case No: 01cv1122 (JNE/JGL)
Date: May 10, 2004
Court Reporter: Maria Weibeck
Time Commenced: 11:00 a.m.
Time Concluded: 12:00 p.m.
Time in Court: 1 Hour

Hearing on: **Plaintiff's Motion for Summary Judgment (#28) - taken under advisement**

APPEARANCES:

Plaintiff: Robert J. Bruno
Defendant: Peter G. Van Bergen

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk