OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RECEIVED
JAN 21 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

v.

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ

**EXHIBIT AND WITNESS LIST OF PLAINTIFFS**

Case Number: 01cv1122 (JNE/JGL)

| PRESIDING JUDGE | PLAINTIFF=S ATTORNEY | DEFENDANT=S ATTORNEY |
|---|---|---|
| Joan N. Ericksen | Robert J. Bruno | Peter G. Van Bergen |
| TRIAL DATE (S) February 1, 2005 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Application for Membership, Masanz Deposition Exhibit 1 ("MDX 1") |
| 2 | | | | | Employee Benefits Handbook: "Your Group Benefit Plan," 6/1/98 |
| 2A | | | | | Page 11 of "Group Benefit Plan," MDX 12 |
| 3 | | | | | Letter dated 3/23/01 to Metro Systems from RJB, MDX 14 |
| 4 | | | | | COBRA Notice (Version 1: personnel file), MDX 13 |
| 5 | | | | | Letter dated 5/16/01 to ERISA Plan Admin. from RJB |
| 6 | | | | | Letter dated 5/15/01 U.S. Dept. of Labor to RJB with COBRA Notice (Version 2: DOL), MDX 15 |
| 7 | | | | | U. S. Department of Labor Authentication Certificate with attached COBRA notice (Version 2: DOL) and documents 4/4/02 |
| 8 | | | | | COBRA Notice (Version 3: Bill Meyers), MDX 3 |
| 9 | | | | | COBRA Notice (Version 4: Discovery), MDX 2 |
| 10 | | | | | Defendants' Supplemental Response to Plaintiff's Requests for Admission and Interrogatories |
| 11 | | | | | Memorandum In Opposition to Plaintiffs' Motion To Compel dated March 28, 2002, page 5 |
| 12 | | | | | Letter, Peter Van Bergen to U.S. Magistrate Judge Jonathan Lebedoff, dated 1/13/05 |
| | | | | | |
| | | | | | Witness #1 – Gary Starr to testify about experience with defendants, including lack of a COBRA notice, medical expenses, and prejudice from lack of notice |
| | | | | | Witness #2 – Melody Byrne to testify about lack of COBRA notice |
| | | | | | Witness #3 – Gabrielle Cotton to testify about lack of COBRA notice |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



SCANNED
JAN 21 2005
U.S. DISTRICT COURT MPLS

# ROBERT J. BRUNO, LTD.

Robert J. Bruno
Attorney at Law
107 Professional Plaza
1601 East Highway 13
Burnsville, MN 55337

Tel: (952)890-9171
Fax: (952)890-9172

RECEIVED
JAN 21 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

January 21, 2005

Clerk of Court
United Stated District Court
District of Minnesota
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: Gary Starr v. Metro Systems, Inc.
Case No. 01cv1122 (JNE/JGL)

Dear Clerk:

Enclosed for filing please find:

- Exhibit and Witness List;
- Trial Memorandum;
- Proposed Finding of Fact; and
- Affidavit of Service by hand delivery to Peter G. Van Bergen.

Yours truly,

R. Bruno

Robert J. Bruno

RJB/llpt
Enc.

**STATE OF MINNESOTA )**
**) ss.**
**COUNTY OF DAKOTA )**

**AFFIDAVIT OF SERVICE BY HAND DELIVERY**

Robert J. Bruno of the City of Burnsville, County of Dakota, State of Minnesota, being duly sworn, says that on the 21st day of January, 2005, he served the attached:

- Exhibit and Witness List;
- Trial Memorandum; and
- Proposed Finding of Fact;

upon the following:

Peter Van Bergen
Cousineau McGuire Anderson
600 Travelers Express Tower
1550 Utica Ave. South
Minneapolis, MN 55416-5318

by handing to and leaving with Peter Van Bergen, true and correct copies thereof.

[signature]

Subscribed and sworn to before
me this 21st day of January, 2005.

[signature]
Notary Public

LORA LEE PEDERSEN-THUSHOLT
Notary Public
Minnesota
My Commission Expires January 31, 2010