OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNSOTA

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

v.

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ

## EXHIBIT AND WITNESS LIST OF DEFENDANTS

Case Number: 01 CV 1122 (JNE/JGL)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joan N. Ericksen | Robert J. Bruno | Peter G. Van Bergen |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| February 1, 2005 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | U.S. Equal Employment Opportunity Commission Dismissal and Notice of Rights (June 25, 1999). |
| | 2 | | | | March 3, 2000 letter regarding Notice of Rights to Continue Group Health Coverage and election form. |
| | 3 | | | | Metro Systems Group Benefit Plan book. |
| | 4 | | | | Your Group Benefit Plan - The Key to Your Peace of Mind book. |
| | 5 | | | | March 13, 2000 letter from Metro Systems to Gary Starr. |
| | 6 | | | | April 18, 2000 Charge of Discrimination. |
| | 7 | | | | U.S. Equal Employment Opportunity Commission Dismissal and Notice of Rights (June 29, 2000). |
| | 8 | | | | August 30, 2000 letter from Gary Starr to Metro Systems. |
| | 9 | | | | September 5, 2000 letter from Deborah Masanz to Gary Starr. |
| | 10 | | | | May 28, 2002 Investigative Analysis Report of Mark Lanterman and attachments to report. |
| | 11 | | | | Deposition of Gary Starr |
| | | | | | |
| | | | | | Witness #1 – Deborah Masanz to testify regarding preparation and mailing of COBRA notice. |
| | | | | | Witness #2 – William Meyers to testify regarding language of COBRA notice sent to Mr. Starr. |
| | | | | | Witness #3 – Mark Lanterman to testify regarding forensic examination of Metro Systems computer system as more specifically outlined in his report. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

898984