**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122 (JNE)**

---

Gary Starr, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

Metro Systems, Inc., a Minnesota corporation, and Deborah Masanz,

Defendants.

**AFFIDVIT OF PETER VAN BERGEN**

---

STATE OF MINNESOTA )
) SS.
COUNTY OF HENNEPIN )

PETER G. VAN BERGEN, being first duly sworn upon oath, states and alleges as follows:

1. I am an attorney with the law firm of Cousineau, McGuire & Anderson, Chartered, Ltd., attorneys for Defendants Metro Systems, Inc. and Deborah Masanz in the above-entitled matter.

2. That attached hereto as Exhibit A is a true and correct copy of Section A010 of the Domestic Mail Manual printed from the United States Post Office's website.

3. That the above Exhibit is being submitted in support of Defendants' Trial Brief.

FURTHER YOUR AFFIANT SAITH NOT.

By: s/Peter G. Van Bergen
PETER G. VAN BERGEN

Subscribed and sworn to before me
this 26th day of January, 2005.

s/Carolyn M. Wysocki
Notary Public