**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122 (JNE)**

---

Gary Starr, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

Metro Systems, Inc., a Minnesota corporation, and Deborah Masanz,

Defendants.

**CERTIFICATE OF SERVICE**

---

I hereby certify that on January 26, 2005, I caused the following documents:

1. Trial Brief of Defendants Metro Systems, Inc. and Deborah Masanz
2. Affidavit of Peter Van Bergen.

and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

Robert J. Bruno, Esq.
Robert J. Bruno, Ltd.
107 Professional Plaza
1601 East Highway 13
Burnsville, MN 55337
*Attorneys for Plaintiff*

**COUSINEAU, McGUIRE & ANDERSON, CHARTERED**

Dated: January 26, 2005

By: s/Peter G. Van Bergen
**PETER G. VAN BERGEN #112033**
1550 Utica Avenue South, Suite 600
Minneapolis, Minnesota 55416-5318
(952) 546-8400
*Attorneys for Defendants*

899015