# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL BENCH TRIAL

Gary Starr, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,
Plaintiff,

v.

Metro Systems, Inc., a Minnesota corporation, and Deborah Masanz,
Defendant.

**COURT MINUTES**
Case Number: 01cv1122 (JNE/JGL)

Date: February 1, 2005
Court Reporter: Maria Weinbeck
Time Commenced: 9:30 a.m.
Time Concluded: 5:00 p.m.
Time in Court: 5 Hours

Trial before Joan N. Ericksen, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Robert J. Bruno
For Defendant: Peter G. Van Bergen

PROCEEDINGS:

: **BENCH TRIAL Trial - Began.**
: **BENCH TRIAL Trial - Ended**
: Opening statements.
: **BENCH TRIAL Trial Held.**
9 Trial continued to .
: Plaintiff's witnesses: **Gary Starr, Melody Byrne**
: Defendant's witnesses: **Deborah Masanz, Mark Lanterman**
: Plaintiff rests. : Defendant rests.
: Closing arguments.

9 Court's Ruling:
  9 Judgment in favor of Plaintiff.
  9 Judgment in favor of Defendant.

IT IS ORDERED:

**Parties are to submit proposed findings within two weeks with responses one week later.**

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Sheri L. Frette
Signature of Calendar Clerk