**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122 (JNE)**

---

Gary Starr, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

Metro Systems, Inc., a Minnesota corporation, and Deborah Masanz,

Defendants.

**CERTIFICATE OF SERVICE**

---

I hereby certify that on February 22, 2005, I caused the following document:

Defendants' Memorandum of Law in Response to Plaintiff's Proposed Findings of Fact

and the notice of electronic filing to be mailed by first class mail, postage paid and also sent by email, to the following non-ECF participant:

Robert J. Bruno, Esq.
Robert J. Bruno, Ltd.
107 Professional Plaza
1601 East Highway 13
Burnsville, MN 55337
(952) 890-9171
rjbruno2@comcast.net
*Attorneys for Plaintiff*

**COUSINEAU, McGUIRE & ANDERSON, CHARTERED**

Dated: February 22, 2005

By: s/Peter G. Van Bergen
**PETER G. VAN BERGEN #112033**
1550 Utica Avenue South, Suite 600
Minneapolis, Minnesota 55416-5318
(952) 546-8400
*Attorneys for Defendants*

899015