**STATE OF MINNESOTA )**
**) ss.**
**COUNTY OF DAKOTA )**

**AFFIDAVIT OF SERVICE BY HAND DELIVERY**

Matt Hamilton, being duly sworn, says that on the 22nd day of February, 2005, he served the attached:

- Plaintiff's Responsive Post-trial Memorandum.

upon the following:

Peter Van Bergen
Cousineau McGuire Anderson
600 Travelers Express Tower
1550 Utica Ave. South
Minneapolis, MN 55416-5318

by handing to and leaving with Peter Van Bergen, true and correct copies thereof.

Subscribed and sworn to before
me this 22nd day of February, 2005.

Notary Public

LORA LEE PEDERSEN-THUNHOLT
Notary Public
Minnesota
My Commission Expires January 31, 2010

SCANNED
FEB 22 2005
U.S. DISTRICT COURT MPLS

# ROBERT J. BRUNO, LTD.

Robert J. Bruno
Attorney at Law
107 Professional Plaza
1601 East Highway 13
Burnsville, MN 55337

Tel: (952)890-9171
Fax: (952)890-9172

RECEIVED
FEB 2 2 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

February 22, 2005

Clerk of Court
United Stated District Court
District of Minnesota
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: Gary Starr v. Metro Systems, Inc.
Case No. 01cv1122 (JNE/JGL)

Dear Clerk:

Enclosed for filing please find:

- Plaintiff's Responsive Post-trial Memorandum; and
- Affidavit by Hand Delivery upon Defendants' Attorney.

Yours truly,

Robert J. Bruno

RJB/llpt
Enc.