OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

RECEIVED
JAN 21 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

DISTRICT OF MINNESOTA

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

v.

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ

## EXHIBIT AND WITNESS LIST OF PLAINTIFFS

Case Number: 01cv1122 (JNE/JGL)

| PRESIDING JUDGE | PLAINTIFF=S ATTORNEY | DEFENDANT=S ATTORNEY |
|---|---|---|
| Joan N. Ericksen | Robert J. Bruno | Peter G. Van Bergen |
| TRIAL DATE (S) February 1, 2005 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | R | Application for Membership, Masanz Deposition Exhibit 1 ("MDX 1") |
| 2 | | | | R | Employee Benefits Handbook: "Your Group Benefit Plan," 6/1/98 |
| 2A | | | | R | Page 11 of "Group Benefit Plan," MDX 12 |
| 3 | | | | R | Letter dated 3/23/01 to Metro Systems from RJB, MDX 14 |
| 4 | | | | R | COBRA Notice (Version 1: personnel file), MDX 13 |
| 5 | | | | | Letter dated 5/16/01 to ERISA Plan Admin. from RJB |
| 6 | | | | R | Letter dated 5/15/01 U.S. Dept. of Labor to RJB with COBRA Notice (Version 2: DOL), MDX 15 |
| 7 | | | | R | U. S. Department of Labor Authentication Certificate with attached COBRA notice (Version 2: DOL) and documents 4/4/02 |
| 8 | | | | R | COBRA Notice (Version 3: Bill Meyers), MDX 3 |
| 9 | | | | | COBRA Notice (Version 4: Discovery), MDX 2 |
| 10 | | | | R | Defendants' Supplemental Response to Plaintiff's Requests for Admission and Interrogatories |
| 11 | | | | R | Memorandum In Opposition to Plaintiffs' Motion To Compel dated March 28, 2002, page 5 Pg. 1, 5 |
| 12 | | | | | Letter, Peter Van Bergen to U.S. Magistrate Judge Jonathan Lebedoff, dated 1/13/05 |
| | | | | | |
| | | | | | Witness #1 – Gary Starr to testify about experience with defendants, including lack of a COBRA notice, medical expenses, and prejudice from lack of notice |
| | | | | | Witness #2 – Melody Byrne to testify about lack of COBRA notice |
| | | | | | Witness #3 – Gabrielle Cotton to testify about lack of COBRA notice |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

13 R Letter from Starr to Deb M.
14 R Letter from Deb M. to Starr 3-13-2000
15 R Letter Aug. 30, 2000 re: failure to receive
16 R Claim history for Starr
17 R Portion of Lanterman's Report
20 R Depo. exh. 17
20a R cut + paste of date?



SCANNED
APR 26 2005
U.S. DISTRICT COURT ST. PAUL

SCANNED
JAN 21 2005
U.S. DISTRICT COURT MPLS

AO 187A (REV. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Starr vs. Metro Systems

CASE NO. 01cv1122

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | | | — | Report |
| 19 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | Not OFFERED Metadata document |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | (R) | Depo Ex. 7 |
| 28 | | | | (R) | List of files in medical folder |
| 29 | | | | — | EEOC |
| 30 | | | | (R) | Pay Stubs (last week) |
| 31 | | | | (R) | Pay Stubs (2nd last week) |

OAO 187 (Rev. 7/87) Exhibit and Witness List

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNSOTA**

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

v.

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ

**EXHIBIT AND WITNESS LIST OF DEFENDANTS**

Case Number: 01 CV 1122 (JNE/JGL)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joan N. Ericksen | Robert J. Bruno | Peter G. Van Bergen |
| TRIAL DATE (S) February 1, 2005 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | R | U.S. Equal Employment Opportunity Commission Dismissal and Notice of Rights (June 25, 1999). |
| | 2 | | | R | March 3, 2000 letter regarding Notice of Rights to Continue Group Health Coverage and election form. |
| | 3 | | | | Metro Systems Group Benefit Plan book. |
| | 4 | | | | Your Group Benefit Plan - The Key to Your Peace of Mind book. |
| | 5 | | | R | March 13, 2000 letter from Metro Systems to Gary Starr. |
| | 6 | | | R | April 18, 2000 Charge of Discrimination. |
| | 7 | | | R | U.S. Equal Employment Opportunity Commission Dismissal and Notice of Rights (June 29, 2000). |
| | 8 | | | | August 30, 2000 letter from Gary Starr to Metro Systems. |
| | 9 | | | R | September 5, 2000 letter from Deborah Masanz to Gary Starr. |
| | 10 | | | R | May 28, 2002 Investigative Analysis Report of Mark Lanterman and attachments to report. |
| | 11 | | | | Deposition of Gary Starr |
| | 12 | | | R | Copy of Ex. 5 from Depo. |
| | | | | | Witness #1 – Deborah Masanz to testify regarding preparation and mailing of COBRA notice. |
| | | | | | Witness #2 – William Meyers to testify regarding language of COBRA notice sent to Mr. Starr. |
| | | | | | Witness #3 – Mark Lanterman to testify regarding forensic examination of Metro Systems computer system as more specifically outlined in his report. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

898984