MECKLER BULGER & TILSON LLP

123 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, ILLINOIS 60606
TELEPHONE: 312-474-7900
FACSIMILE: 312-474-7898
WEB SITE: www.mbtlaw.com
DIRECT DIAL: (312) 474-7985
E-MAIL: lynette.stafford@mbtlaw.com

Jeffrey A. Berman
Anne L. Blume
Brian W. Bulger
Jack J. Carriglio
Janet R. Davis
John E. DeLascio
Karen M. Dixon [9]
J. Stuart Garbutt
Paul R. Garry
Brent J. Graber
J. Robert Hall
Rebecca R. Haller
Brett D. Heinrich
James J. Hickey
Richard A. Hodyl, Jr.
James H. Kallianis, Jr. [1]
Christopher E. Kentra
Philip R. King
Mari Henry Leigh [11]
Michael I. Leonard
Michael S. Loeffler
Eric E. Lynch [10]
Michael M. Marick [3]
Michael D. McCormick
Bruce R. Meckler
Steven D. Pearson
Pamela G. Perrone
Alan M. Posner
Don R. Sampen
Jason R. Schulze
Scott M. Seaman
Eric D. Stubenvoll [7]
Jerome C. Studer
Joseph E. Tilson
Julie L. Trester
Peter J. Valeta [3]
Matthew R. Wildermuth
Brian J Williams
Timothy A. Wolfe
Robert J. Ambrose
James G. Argionis
Eileen E. Baker
Philip K. Beth [5]
Lauren W. Blatt
Mark E. Bojan
David D. Brown
Robert E. Browne, Jr. [12]
Yukyong Choi
Matthew F. Cohn
W. Andrew Dalton [4]
Seth E. Darmstadter
Blair L. Dawson
Mitchell J. Edlund
Elizabeth J.M. Fulton
Lynn Geerdes-Lugo [6]
Jeremy J. Glenn
Carrie L. Graziani
Kenneth J. Hogan
Andrew M. Hutchison
J. Aaron Jensen
George K. Katsoudas
Melissa A. King
Charlotte S. Kormendy
Jonathan D. Lichterman
Jason E. Lopata
Eric E. Newman
Omar S. Odland
Meaghan L. Schneider
E. Lynette Stafford [8]
Sara G. Uffelman
Kristen A. Weisse
Anna Wermuth

* * *

Of Counsel
Alex V. Barbour
John K. Daly [2]
Ziyad I. Naccasha [1]
Thomas J. O'Brien
Peter Petrakis
Georgene M. Wilson

* * *

1 Also Admitted in California
2 Also Admitted in Colorado
3 Also Admitted in Florida
4 Also Admitted in Georgia
5 Also Admitted in Indiana
6 Also Admitted in Iowa
7 Also Admitted in Michigan
8 Also Admitted in Minnesota and Wisconsin
9 Also Admitted in Nebraska
10 Also Admitted in New York and New Jersey
11 Also Admitted in Ohio
12 Also Admitted in Wisconsin

September 9, 2005

RECEIVED
BY MAIL
SEP 12 2005
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
District of Minnesota
Richard D. Sletten, Clerk
316 North Robert Street
St. Paul, MN 55101

**Re:** **<u>Gary Star v. Metro Systems</u>**
**Case No. 01-1122** JNE/SRN
01-1122

Dear Sir/Madam:

Please revise your records to reflect that E. Lynette Stafford, Esq. is no longer counsel of record for Defendant, Metro Systems, Inc. I am no longer employed with the law firm retained to represent Metro Systems.

Should you have questions concerning this notice, please contact me.

Very truly yours,

E. Lynette Stafford

ELS/tdm
Enclosure

cc: Peter G. Van Bergen, Esq.
Metro Systems, Inc.

n:\shared\staffordl\misc\attorneywithdraw(mn).doc

SCANNED
SEP 12 2005
U.S. DISTRICT COURT ST. PAUL