AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Gary Starr, individually and as the father and natural guardian of Gabrielle Cotton,

V.

Metro Systems, Inc. and Deborah Masanz,

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-1122 JNE/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants shall pay Starr $113,468.86.

September 13, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk