UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Action No. 01-1122 (JNE)

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

**BILL OF COSTS**

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

Defendants are hereby notified that the following Bill of Costs will be taxed upon one day notice pursuant to Rule 54(d) and 28 U.S.C. Sec. 1920:

The following items of costs and disbursements by and on behalf of Plaintiff, Gary Starr, in said action are just, true and correct and have been necessarily paid and incurred by said Plaintiff in this action, to-wit:

| | | |
|---|---|---|
| Docket fee, 28 USC § 1923 | | $ 20.00 |
| Process Serverto serve Summons and Complaint | | 118.50 |
| Fees of Court Administrator, filing fee | | 150.00 |
| Photocopies of medical records of Gabrielle Cotton to determine coverage under the medical plan: | | |
| 10/9/01 | Copy Med Inc., 272 @ .15 ea. | 40.72 |
| 11/26/01 | Regions Hospital, 177 @ .15 ea. | 26.55 |
| 11/16/01 | St. Paul Radiology, 193 @ .15 ea. | 28.79 |
| 11/14/01 | Emer. Physicians Prof., 133 @ .15 | 20.00 |
| 12/11/01 | Medical Link, 200 @ .15 ea. | 30.00 |
| 11/30/01 | Pediatric Surgical Assoc., 150 @ .15 ea. | 22.37 |
| 12/28/01 | Copy Med, 211 @ .15 ea. | 31.60 |
| 1/17/02 | Fairview Health Services | 15.00 |
| Photocopies of discovery documents: | | |
| 1/02 | 232 @ .15 | 34.80 |
| 6/11/02 | 197 @ .15 | 29.55 |

| | | |
|---|---|---|
| 11/20/02 | 200 @ .15 | 30.00 |

Photocopies of summary judgment documents:

| | | |
|---|---|---|
| 1/9/04 | Copies 684 @ .15 | 102.00 |
| 1/9/04 | Copies 62 @ .15 | 9.30 |
| 1/21/04 | Copies 1,344 @ .15 | 201.60 |
| 2/27/04 | Copies, 692 @ .15 | 103.80 |
| 3/1/04 | Copies, 74 @ .15 | 11.10 |

Photocopies of trial exhibits 790 @ .15 118.50

Postage for service and filing summary judgment motion:

| | | |
|---|---|---|
| 1/9/04 | Postage | 3.95 |
| 2/26/04 | Postage | 9.50 |
| 3/5/04 | Postage | 4.58 |

Courier service for delivery of Witness and Exhibit List, Trial Memorandum, etc. to the Court 48.35

Service and filing post trial memoranda 133.52

Fees of insurance claims expert Glenna Mae O'Keefe to examine health plan and determine coverage of medical expenses of Gabrielle Cotton 12.75 Hrs. @ 20.00 255.00

Postage to mail copies of records to Glenna Mae O'Keefe

| | |
|---|---|
| 1/23/02 | 4.78 |
| 1/24/02 | 4.00 |

Deposition of Deborah Masanz 405.55

Deposition of Gary Starr (copy) 114.70

Total of Costs and Disbursements $2,128.03

s/ Robert J. Bruno
Robert J. Bruno

Subscribed and sworn to before me
this 22nd day of September, 2005.

s/ Lora Lee Peterson Thusholt
Notary Public