**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122(JNE)**

---

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

v.

**MOTION**

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

---

The Plaintiff through the undersigned attorney moves the court as follows:

Pursuant to Rule 52(b), to amend the findings and the judgment accordingly, in accordance with the proposed Amended Findings of Fact, Conclusions of Law, and Order for Judgment, submitted contemporaneously herewith.

Dated: September 23, 2005.

s/ Robert J. Bruno
Robert J. Bruno
Attorney Reg. No. 12415
ROBERT J. BRUNO, LTD.
1601 E. Highway 13, #107
Burnsville, MN 55337
952-890-9171