UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1122(JNE/SRN)

---

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

v.

**NOTICE OF MOTION**

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

---

TO: Defendants above named, and their attorney Peter VanBergen, COUSINEAU McGUIRE ANDERSON, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, MN 55416-5318.

PLEASE TAKE NOTICE that Plaintiff above named, through its attorney, will move the above named court on a date, time, and place to be determined before Judge Joan N. Ericksen, for relief in accordance with the Motion submitted herewith.

Dated: September 23, 2005.

s/ Robert J. Bruno
Robert J. Bruno
Attorney Reg. No. 12415
ROBERT J. BRUNO, LTD.
1601 E. Highway 13, #107
Burnsville, MN 55337
952-890-9171