**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122(JNE)**

---

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

v.

**MOTION**

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

---

The Plaintiff through the undersigned attorney moves the court as follows:

Pursuant to Local Rule 54.1 and 29 U.S.C. Sec. 1132(g), to award attorney's fees in the amount of $47,425.00 against both defendants.

This motion is based upon the Affidavit of Robert J. Bruno, Plaintiff's Memorandum of Law in Support of Motion For Attorney's Fees, and all of the files and proceedings herein.

Dated: September 29, 2005.

s/ Robert J. Bruno
Robert J. Bruno
Attorney Reg. No. 12415
Attorney for Plaintiff
ROBERT J. BRUNO, LTD.
1601 E. Highway 13, #107
Burnsville, MN 55337
952-890-9171