UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Action No. 01-1122 (JNE/SRN)

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

**AFFIDAVIT OF ROBERT J. BRUNO**

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

ROBERT J. BRUNO solemnly affirms under penalty of perjury as follows:

1. That I am the attorney for plaintiff herein and I have first-hand knowledge of the matters contained herein.

2. I am an attorney licensed to practice law in the State of Minnesota continuously since 1977. My practice throughout my career has been primarily in the courts located in the Minneapolis/St. Paul metropolitan area, practicing primarily in the area of civil litigation. I am admitted to practice and in good standing in all of the Courts of the State of Minnesota, the United States District Court for the District of Minnesota, the Eighth Circuit United States Court of Appeals, the Sixth Circuit United States Court of Appeals, the Ninth Circuit United States Court of Appeals, and the United States Supreme Court. I am familiar with the hourly rates charged by attorneys and law firms located in this metropolitan area. A reasonable hourly rate for an attorney of my skill and experience, in this community, for work of the nature involved in this action, is $250 per hour.

3. That the following reasonable and necessary services have been performed by me for the Plaintiff in this action:

| Date | Description of service | Time (hr.) |
|---|---|---|
| 5/2001 | Office conference with client; telephone conf. with Metro Sys. | 2.4 |
| 5/16/01 | Review personnel file from Metro Sys plan administrator; draft letter to Metro Sys plan admin. | 1.8 |
| 5/17/01 | Office conf. w/client; legal research: COBRA §§ 1161-1167; review medical bills from client | 1.8 |
| 5/24/01 | Legal research COBRA requirements and remedies | 1.5 |
| 5/29/01 | Draft letters to all medical providers; review employer plan booklet | 1.4 |
| 6/13/01 | Legal research COBRA requirements and remedies; draft Complaint and Summons | 6.7 |
| 6/18/01 | Draft cover letter to court for filing of Complaint and issuance of Summons | 0.2 |
| 6/19/01 | Draft letter to court for payment of filing fee; arrange for service of Summons and Complaint | 0.4 |
| 7/16/01 | Telephone conference and draft letter to attorney for medical provider | 0.5 |
| 7/18/01 | Draft letter to court for filing affidavits of service | 0.2 |
| 9/18/01 | Draft proposed Rule 26F report; draft letters scheduling a conference | 1.2 |
| 9/19/01 | Phone conf. Michelle Hechman (Rule 26f conference); email proposed 26f report. | 0.5 |
| 10/5/01 | Attend pre-trial conference with Magistrate Judge Lebedoff | 1.0 |
| 10/18/01 | Draft Interrogatories and Request for Documents, cover letter, affidavit of service; service by mail on opposing counsel | 1.8 |
| 10/18/01 | Review file; prepare Rule 26a disclosures | 0.9 |
| 10/19/01 | Draft Second Request for Documents (plan), cover letter; service by mail | 0.4 |
| 12/21/01 | Review medical records; office conf. with Glenna O'Keefe | 1.2 |
| 12/27/01 | Draft Notice of Taking Deposition; draft Petitioner's third Request for Production of Documents; phone conf. w/Lynette Stafford re: dates. | 0.9 |

| | | |
|---|---|---|
| 12/27/01 | Review documents produced by Metro; draft deposition examination. | 1.0 |
| 12/31/01 | Draft letter to expert | 0.3 |
| 1/10/02 | Phone conf. w/Glenna O'Keefe re: needed parts of medical plan. | 0.2 |
| 1/10/02 | Review medical plan; phone conf. w/O'Keefe; phone conf. w/Stafford; draft letter to Stafford. | 0.7 |
| 1/10/02 | Legal research: penalties under 29 USC§1132; draft Request for Production of Documents; draft letter to Stafford. | 0.5 |
| 2/6/02 | Legal research penalties under §1132; draft letter to counsel; service by mail and fax of Petitioner's 4th Req. for Documents. | 1.5 |
| 2/8/02 | Preparation for Deposition of D. Masanz; phone conf. w/counsel. | 2.5 |
| 2/8/02 | Draft letter to MN Dept Hum Rights to obtain file or records | 0.2 |
| 2/12/02 | Attend deposition of D. Masanz | 3.7 |
| 2/13/02 | Draft letter to Minn. Dept. Hum Rights requesting records | 0.2 |
| 2/14/02 | Draft letter to EEOC requesting records | 0.2 |
| 2/22/02 | Draft letter to Lynette Stafford | 0.2 |
| 2/28/02 | Review documents from L. Stafford; phone conf. L. Stafford | 0.3 |
| 3/1/02 | Telephone conference with L. Stafford; draft and fax letter to L. Stafford | 0.5 |
| 3/1/02 | Review deposition transcript of Defendant Masanz and prepare outline | 1.1 |
| 3/2/02 | Draft letter to client | 0.2 |
| 3/4/02 | Phone conf. with L. Stafford; draft & serve Notice of Taking Deposition; draft cover letter; draft Affidavit of service | 0.8 |
| 3/5/02 | Phone conf. with L. Stafford. | 0.2 |
| 3/11/02 | Draft letters (2) to L. Stafford | 0.4 |
| 3/13/02 | Draft and serve Motion to Compel Discovery, cover letters, affidavit of service; service by mail and filing with the court | 2.5 |
| 3/19/02 | Telephone conf. with U.S. Dept. of Labor; draft certificate of public record for Department of Labor and cover letter | 0.5 |

| | | |
|---|---|---|
| 4/2/02 | Preparation and appearance at deposition of Gary Starr | 2.6 |
| 4/4/02 | Appearance in Magistrate Court on motion to compel discovery | 1.0 |
| 4/10/02 | Draft appeal of order, cover letters, service and filing | 2.3 |
| 4/29/02 | Draft answers to Defendants' Interrogatories, cover letter, affidavit of service | 2.1 |
| 5/24/02 | Draft and serve Response to Document Request; draft affidavit of service, cover letter | 1.8 |
| 6/14/02 | Draft letter to L. Stafford | 0.3 |
| 6/20/02 | Phone conf. w/client. | 0.2 |
| 8/5/02 | Draft letter to L. Stafford | 0.2 |
| 8/13/02 | Draft letter to L. Stafford | 0.2 |
| 8/14/02 | Draft Plaintiff's Amended Response to Defendant's Request for Production of Documents, cover letter, affidavit of service | 0.8 |
| 8/22/02 | Review documents received from client, draft cover | 0.5 |
| 7/31/03 | Draft letter to judge re: conflicts | 0.2 |
| 8/1/03 | Index Metro documents; review deposition exhibit documents | 3.8 |
| 8/6/03 | Research and drafting Summary Judgment Memorandum | 4.3 |
| 8/7/03 | Research and drafting Summary Judgment Memorandum | 2.1 |
| 10/24/03 | Draft letter to client; phone conf. client | 0.4 |
| 12/30/03 | Drafting Summary Judgment Memorandum | 4.3 |
| 12/31/03 | Drafting Summary Judgment Memorandum | 1.0 |
| 12/31/03 | Legal research; drafting Summary Judgment Memorandum. | 5.3 |
| 1/2/04 | Drafting Summary Judgment Memorandum | 6.3 |
| 1/5/04 | Drafting Summary Judgment Memorandum | 6.5 |
| 1/6/04 | Summarize Deposition of Gary Starr; draft Affidavit of Gary Starr; drafting Memorandum; draft Affidavit of Robert J. Bruno | 6.8 |

| | | |
|---|---|---|
| 1/7/04 | Drafting Affidavit of Byrne, Cotton, drafting Memorandum & Motion | 5.3 |
| 1/8/04 | Preparation of exhibits to Starr Affidavit and mailing to client | 0.8 |
| 1/9/04 | Draft revisions to Memorandum | 2.6 |
| 1/12/04 | Draft Affidavit of Robert J. Bruno | |
| 1/19/04 | Phone conf w/client | 0.2 |
| 1/20/04 | Review incoming affidavits from client; draft cover letters, Affidavit Service | 0.8 |
| 1/21/04 | Review collated Motion documents; service and filing Motion, etc. | 0.8 |
| 2/24/04 | Review Defendant's Memorandum in Opposition to Motion for Summary Judgment | 2.0 |
| 3/1/04 | Research decisions cited by defendants | 4.7 |
| 3/2/04 | Draft Reply Memorandum | 6.9 |
| 3/3/04 | Draft Reply Memorandum | 2.3 |
| 1/2/05 | Drafting Trial Memorandum; drafting Exhibit and Witness lists | 3.6 |
| 1/17/05 | Legal research defects in COBRA notice, draft memo | 1.9 |
| 1/21/05 | Draft cover letters, service and filing Trial Memo, etc. | 0.4 |
| 1/24/05 | Prepare trial examination of Gary Starr, Melody Byrne | 3.2 |
| 1/25/05 | Prepare trial examination of Deb Masanz | 6.6 |
| 1/31/05 | Prepare trial outline, review file | 1.7 |
| 2/1/05 | Trial | 8.0 |
| 2/3/05 | Drafting Proposed Findings, cover letters | 2.8 |
| 2/4/05 | Draft Proposed Findings | 3.6 |
| 2/5/05 | Draft Proposed Findings | 1.5 |
| 2/7/05 | Draft Proposed Findings; phone conference with client | 2.1 |

| | | |
|---|---|---|
| 2/15/05 | Draft cover letters and affidavit of service and filing Proposed Findings | 0.4 |
| 2/22/05 | Review Defendant's Memorandum; draft, serve, and file Reply Trial Memo, affidavit of service, cover letters | 1.9 |
| 9/14/05 | Draft Bill of Costs, letter to client | 0.5 |
| 9/15/05 | Review decision; phone conference with client; legal research ERISA penalty; legal research interest award; draft motion and memorandum for an amended decision | 5.4 |
| 9/20/05 | Drafting motion and memorandum in support of motion for amended decision | 2.0 |
| 9/20/05 | Drafting motion for attorney's fees; drafting memorandum in support of motion; drafting Affidavit of attorney's fees | 4.9 |
| 9/21/05 | Drafting memorandum in support of motion to amend decision; drafting Affidavit of Robert J. Bruno; legal research attorney's fees factors; drafting memorandum in support of motion for attorney's fees; phone conference with scheduling clerk; drafting notice of motion to amend decision; drafting notice of motion for attorney's fees | 5.7 |
| 9/22/05 | Drafting memorandum in support of motion to amend decision | 2.3 |
| 9/23/05 | ECF filing motion to amend decision | 0.4 |
| 9/29/05 | Drafting motion and memorandum for attorney's fees | 2.8 |
| 9/30/05 | Final review of ECF documents and filing motion for award of attorney's fees | 0.4 |
| | Review responsive motion papers; drafting and filing reply memoranda (estimated) | 3.0 |
| | Preparation and court appearance for motions (estimated) | 2.5 |
| TOTAL HOURS @ $250 per hour | | 189.7 |

4. The total reasonable and necessary attorney's fee for the services of the undersigned in the above-captioned action is $47,425.00.

5. The above description of time and services is from time records maintained during the course of this litigation. Because of distractions, interruptions, and forgetfulness

sometimes time for work on the case was not recorded. The loss is anywhere from five to ten percent. I am not seeking fees for time not recorded.

6. Because of the nature of ERISA litigation and the work that I did to point out the deficiencies in the defendants' record-keeping and COBRA notices, my work benefited not only the named plaintiff, but others as well.

FURTHER YOUR AFFIANT SAYETH NOT.

s/ Robert J. Bruno
Robert J. Bruno

Subscribed and solemnly affirmed before
me this 29th day of September, 2005.

s/ Lora Lee Pederson-Thusholt
Notary Public