**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122 (JNE)**

---

Gary Starr, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

Metro Systems, Inc., a Minnesota corporation, and Deborah Masanz,

Defendants.

**CERTIFICATE OF SERVICE**

---

I hereby certify that on October 19, 2005, I caused the following document:

**Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Attorney's Fees**

and the notice of electronic filing to be mailed by first class mail, postage paid and also sent by email, to the following non-ECF participant:

Robert J. Bruno, Esq.
Robert J. Bruno, Ltd.
107 Professional Plaza
1601 East Highway 13
Burnsville, MN 55337
(952) 890-9171
rjbruno2@comcast.net
*Attorneys for Plaintiff*

COUSINEAU McGUIRE CHARTERED

Dated: Oct. 19, 05

By: Peter G. Van Bergen
PETER G. VAN BERGEN #112033
TAMARA L. NOVOTNY #029617X
Attorneys for Defendants
1550 Utica Avenue South
Suite 600
Minneapolis, Minnesota 55416-5318
(952) 546-8400

899015