✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Gary Starr, individually and as the father and natural guardian of Gabrielle Cotton,

V.

Metro Systems, Inc., and Deborah Masanz,

## AMENDED JUDGMENT IN A CIVIL CASE

Case Number: 01-1122 (JNE/SRN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Starr's motion to amend the judgment (Docket No. 60) is GRANTED IN PART and DENIED IN PART.
2. The Judgment (Docket No. 57) is AMENDED to provide that Defendants shall pay Starr $129,036.36.

October 28, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk