U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. ____________

STYLE OF CASE:

Gary Starr, individually and as the father and natural guardian of Gabrielle Cotton,

Appellant/Appellee,

vs.

Metro Systems, Inc., and Deborah Masanz,

Appellant/Appellee

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Robert J. Bruno
ROBERT J. BRUNO., LTD.
1601 East Highway 13, Suite 107
Burnsville, MN 55337
952-890-9171

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Peter Van Bergen
Cousineau McGuire Anderson
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
952-546-8400

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). [ ] Yes. [✔] No.

1. The trial court abused its discretion by failing to impose a penalty on the Defendant Masanz under 29 U.S.C. Sec. 1132(c)(1)(A).

FOR LEAD COUNSEL ONLY
I [✔] have ([ ] have not) discussed settlement possibilities on appeal with my client.
This appeal [✔] is ([ ] is not ) amenable to settlement.

Submitted by: s/ Robert J. Bruno — November 10, 2005
Signature of Lead Counsel — Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at:
www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

[✔] **I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir.R. 25A(a).**

Clear Email