**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122(JNE)**

GARY STARR, individually, and as the father
and natural guardian of Gabrielle Cotton,
a minor,

Plaintiff,

**CERTIFICATE OF SERVICE**

vs.

METRO SYSTEMS, INC., a Minnesota
corporation, and DEBORAH MASANZ,

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2005, I cause the following documents: Notice of Appeal, Form A, and Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Peter G. Van Bergen, Esq.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

(none)

Dated: November 10, 2005

s/ Robert J. Bruno

Robert J. Bruno (#12415)
Attorney for Plaintiffs
1601 E. Highway 13, Suite 107
Burnsville, MN 55337
952-890-9171