**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122(JNE)**

---

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

v.

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

**TRANSCRIPT REQUEST**

---

To: Maria Weinbeck, Court Reporter for Judge Joan N. Erickson, Suite 12W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

The undersigned, attorney for Gary Starr, plaintiff in the above named case, hereby orders a transcript of the trial held in the above named court before Judge Joan N. Ericksen on February 1, 2005.

Dated: November 10, 2005.

s/ Robert J. Bruno

Robert J. Bruno
Attorney Reg. No. 12415
ROBERT J. BRUNO, LTD.
1601 E. Highway 13, Suite 107
Burnsville, MN 55337
952-890-9171

Request received on __________
Estimated completion date: ___________

______________________________
Maria Weinbeck