Thu Nov 10 16:34:18 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 438284
Cashier deborah

C.C. Number: 3402 06/07

DO Code Div No
4641 4

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 4 | 105.00 |
| 2:510000 | N | 4 | 150.00 |

Total Amount $ 255.00

ROBERT J BRUNO. 01CV1122 JNE

APPEAL TO THE 8TH CIRCUIT

Thu Nov 10 1[illegible]

SCANNED
NOV 10 2005
U.S. DISTRICT COURT MPLS