**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122(JNE)**

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

v.

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

**NOTICE OF APPEAL**

Notice is hereby given that Gary Starr, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on September 13, 2005, as amended on October 28, 2005.

Dated: November 10, 2005.

s/ Robert J. Bruno

Robert J. Bruno
Attorney Reg. No. 12415
ROBERT J. BRUNO, LTD.
1601 E. Highway 13, Suite 107
Burnsville, MN 55337
952-890-9171