**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122(JNE)**

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2005, I cause the following documents: Notice of Appeal, Form A, and Certificate of Service to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Peter G. Van Bergen, Esq.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

(none)

Dated: December 23, 2005.

s/ Robert J. Bruno

Robert J. Bruno (#12415)
Attorney for Plaintiffs
1601 E. Highway 13, Suite 107
Burnsville, MN 55337
952-890-9171