**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122(JNE)**

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

v.

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

**NOTICE OF APPEAL**

Notice is hereby given that Gary Starr, plaintiff in the above-entitled case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on December 19, 2005, Document Number 79.**

Dated: December 23, 2005.

s/ Robert J. Bruno

Robert J. Bruno
Attorney Reg. No. 12415
ROBERT J. BRUNO, LTD.
1601 E. Highway 13, Suite 107
Burnsville, MN 55337
952-890-9171

** Eighth Circuit Court of Appeals Case No. 05-4178, an appeal from the final judgment in this action, is presently pending.