UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329
111 S. 10TH Street
St. Louis, Missouri 63102
VOICE (314)244-2400
FAX (314)244-2780
www.ca8.uscourts.gov

Michael E. Gans
Clerk of Court

01 CV 1122 JNE/SRN

January 9, 2006

RECEIVED
JAN 09 2006
CLERK, U.S. DISTRICT COURT
ST PAUL, MINNESOTA

Mr. Robert James Bruno
107 Professional Plaza
1601 Highway 13, E.
Burnsville, MN 55337

Re: 06-1087 Gary Starr vs. Metro Systems, Inc.

Dear Mr. Bruno:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court, together with notification of payment of the docket fee. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this appeal has today been assigned the docket number indicated. This appeal has been consolidated with appeal number 05-4178 Gary Starr v. Metro Systems, Inc., to the extent possible, for briefing and submission to the court.

The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html. The material is provided to assist counsel in the preparation and filing of the record and briefs. Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A). Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel. Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.
(5052-010199)

SCANNED
JAN 09 2006 YS