**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122(JNE)**

GARY STARR, individually, and as the father
and natural guardian of Gabrielle Cotton,
a minor,

Plaintiff,

v.

**MOTION**

METRO SYSTEMS, INC., a Minnesota
corporation, and DEBORAH MASANZ,

Defendants.

The Plaintiff through the undersigned attorney moves the court as follows:

Pursuant to Local Rule 54.1 and 29 U.S.C. Sec. 1132(g), for an award of attorney's fees and expenses in the amount of $65,084.54 against both defendants.

This motion is based upon the Affidavit of Robert J. Bruno dated September 29, 2005, the Affidavit of Robert J. Bruno dated September 15, 2006, and Memorandum of Law submitted herewith, and all of the files and proceedings herein.

Dated: September 15, 2006.

s/ Robert J. Bruno

Robert J. Bruno
Attorney Reg. No. 12415
Attorney for Plaintiff
ROBERT J. BRUNO, LTD.
1601 E. Highway 13, #107
Burnsville, MN 55337
952-890-9171