| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 5/16/01 | Starr | Metro Systems | 1.8 | |

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

CHARGEABLE TIME SLIP

review personnel file; dl to plan admin.

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 5/17/01 | Starr | | 1.8 | |

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance

CHARGEABLE TIME SLIP

oc client; legal research: COBRA §§1161-1167 review medical bills

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 5/24/01 | Starr | | 1.5 | |

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.

CHARGEABLE TIME SLIP

legal research draft fee agreement for medical providers

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 5-29-01 | Starr | Metro Sys. | 1.4 | |

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document

CHARGEABLE TIME SLIP

dl to medical providers; review employer plan booklet

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 6/13/01 | Starr | Metro | 6.7 | |

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document

CHARGEABLE TIME SLIP

legal research COBRA requirements and remedies; draft Complaint and

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 6/18 | Starr | | 0.2 | |

pc – phone conf.
oc – office conf.
dl – draft letter

CHARGEABLE TIME SLIP

draft cover letter to court for [illegible]

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 6/19/01 | Starr | | 0.4 | |

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document

CHARGEABLE TIME SLIP

dl to court for payment of filing fee; arrange for service of process

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 7/16/01 | Starr | | 0.5 | |

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance

CHARGEABLE TIME SLIP

pc and dl to [illegible]

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 7/18 | Starr | | 0.2 | |

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

CHARGEABLE TIME SLIP

dl to court for filing affidavits of service

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 9/18/01 | Starr | | 1.2 | |

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance

CHARGEABLE TIME SLIP

draft proposed Rule 26f report
draft letter scheduling conference

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 9/19/01 | Starr | | 0.5 | |

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document

CHARGEABLE TIME SLIP

pc Michelle Hechmer
e-mail proposed 26f report

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | | [illegible] | |

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 10/18/01 | Starr | | 1.8 | |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter

draft Interrogatories & Request For Documents

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 10/18/01 | Starr | | 0.9 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo

prepare Rule 26a disclosures
review file

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 10/19/01 | Starr | | 0.4 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance

draft Second Request for documents
(plan); serving by mail

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 12/21/01 | Starr | | 1.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document

Review medical records;
oc Glenn Keefe

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 12/27/01 | Starr | | 0.9 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document

Draft Notice of Taking Deposition, draft
Petitioner's Third Request for Documents;
Lynette Stafford re: dates

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 12/28/01 | Starr | | 1.0 | |

CHARGEABLE TIME SLIP

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 12/31/01 | Starr | | 0.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document

dl to expert

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 1/10/02 | Starr | | 0.2 | |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.

pc Glenna O'Keefe re: ~~medical~~ [modified] parts of medical plan

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 1/10/02 | Starr | | 0.7 | |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo

review medical plan
pc O'Keefe
pc Stafford
draft letter to Stafford

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 1/10/02 | Starr | | 0.5 | |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo
pr – preparation

legal research: penalties under 29 USC §1132
draft request for evaluation to client
draft letter to Stafford

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 2/6/02 | Starr | | 1.5 | |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance

legal research penalties under §1132
draft letter to counsel
service in mail and fax of P's 4th Req.

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 2/8/02 | Starr | | 2.5 | |

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo
pr –
rf –

CHARGEABLE TIME SLIP

preparation for deposition of D. Masanz; pc counsel

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 2/8/02 | Starr | | 0.2 | |

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo

CHARGEABLE TIME SLIP

dl to MN Dept Human Rights

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 2/12/02 | Starr | | 3.7 | |

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo

CHARGEABLE TIME SLIP

Attend deposition of D. Masanz

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 2/28/02 | Starr | | 0.3 | |

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo
p
r

CHARGEABLE TIME SLIP

review documents from L. Stafford; pc L. Stafford

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 3/1/02 | Starr | Mtro | 0.5 | |

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document

CHARGEABLE TIME SLIP

draft and fax letter to L Stafford

| 3/1/02 | Starr | | 1.1 | |
|---|---|---|---|---|
| Date | Client's Name | Matter | Hours | Amount |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document

review depo transcript of D. Massara and prepare outline

| 3/2/02 | Starr | | 0.2 | |
|---|---|---|---|---|
| Date | Client's Name | Matter | Hours | Amount |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo
pr – preparation
rf – review file

dl client

| 3/4/02 | Starr | | 0.8 | |
|---|---|---|---|---|
| Date | Client's Name | Matter | Hours | Amount |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo

pc Lynette Stafford
draft & serve Not of Taking Depo
draft cover letter; draft Aff of service

| 3/5/02 | Starr | | 0.1 | |
|---|---|---|---|---|
| Date | Client's Name | Matter | Hours | Amount |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo
pr – preparation
rf – review file

pc Lynette Stafford

| 3/11/02 | Starr | | 0.4 | |
|---|---|---|---|---|
| Date | Client's Name | Matter | Hours | Amount |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.

dl to Stafford (2)

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 3/13/02 | Starr | | 2.5 | |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance
td – take depo
ad
pr
rf -

draft and serve motion to compel discovery

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 3/19/02 | Starr | | 0.5 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo

Tel conf w/ US Dept of Labor, draft certificate of public record and cover letter

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 4/2/02 | Starr | | 2.6 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo

preparation and appearance at deposition of G Starr

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 4/4/02 | Starr | | 1.0 | |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo
pr – preparation
rf –

appearance in magistrate court

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 4/24/02 | Starr | | 0.8 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

draft and serve response to Def Rog, draft Aff service

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 6/14/02 | Starr | | 0.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo

dl to L. Stafford

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 6/20/02 | Starr | | 0.2 | |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca - court appearance

pc client

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 8/5/02 | Starr | | 0.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo

dl to L. Stafford

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 8/13/02 | Starr | | 0.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo

dl to L. Stafford

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 8/14/02 | Starr | | 0.8 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document

draft Plaintiff's Amended Response
to [illegible]

| 8/22/02 | Starr | | 0.5 | |
|---|---|---|---|---|
| Date | Client's Name | Matter | Hours | Amount |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo
pr – preparation
rf – review file

review documents received from client; draft cover letter

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 8/1/03 | Starr | | 3.8 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

[illegible] docs – review depo exhibit docs

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 8/6/03 | Starr | | 4.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.

research and drafting trial memorandum

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 8/7/03 | Starr | | 2.1 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

research and memorandum drafting

| 10/24/03 | Starr | | 0.4 | |
|---|---|---|---|---|
| Date | Client's Name | Matter | Hours | Amount |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter

dl to client; pc client

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 12/30/03 | Starr | | 4.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation

drafting Memorandum

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 12/31/03 | Starr | | 1.0 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

drafting Memorandum

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 12/31/03 | Starr | | 5.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

legal research; drafting Memorandum

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/2/04 | Starr | | 6.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

drafting Memorandum

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/5/04 | Starr | | 6.5 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

drafting Memorandum

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/6/04 | Starr | | [illegible] | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

[illegible] [illegible] for [illegible]
draft Affidavit of [illegible]
drafting Memorandum [illegible]
[illegible]

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/7/04 | Starr | | 5.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

drafting Affidavit of Byrne, Cotton
drafting Memorandum and Motion

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/8/04 | Starr | | 0.5 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

preparation of exhibits to Starr Affidavit
and mailing to Court

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/9/04 | Starr | | 2.6 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.

draft [illegible] to Memorandum

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 1/12/04 | Starr | | 0.8 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document

draft Aff of RJB

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/19/04 | Starr | | 0.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

pc client

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/20/04 | Starr | | 0.8 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

review moving affidavit from client
draft cover letters, affidavit of service

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 1/21/04 | Starr | | 0.8 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo

review compiled collated motion documents

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 2/24/04 | Starr | | 2.0 | |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance
td – take depo

review Defendants' memorandum in opposition to motion for summary judgment

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 3/1/04 | Starr | | 4.7 | |

CHARGEABLE TIME SLIP

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.

legal research opinions cited by D's
drafting Reply Memorandum

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 3/2/04 | Starr | | 6.9 | |

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.
rd – review document
ca – court appearance
td – take depo
ad – attend depo
pr – preparation

CHARGEABLE TIME SLIP

draft Reply Memorandum

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 3/3/04 | Starr | | 2.3 | |

pc - phone conf.
oc - office conf.
dl - draft letter
dd - draft document
rc - review corresp.

CHARGEABLE TIME SLIP

drafting Reply Memorandum

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/12/05 | Starr | | 3.6 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

drafting Trial Memorandum; drafting Exhibit and witness list

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 1/21/05 | Starr | | 0.4 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance

draft cover letters; service and filing trial memo, etc

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/24/05 | Starr | | 3.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

prepare direct examination of Greg Starr

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 2/7/05 | Starr | | 2.1 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

draft findings
pc client

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 2/4/05 | Starr | | 3.6 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

drafting Findings

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 2/3/05 | Starr | | 2.8 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

drafting Findings

| Date | Client's Name | Matter | Hours | Amount |
|---|---|---|---|---|
| 2/1/05 | Starr | | 8.[illegible] | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review document
ca – court appearance

trial

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/25/05 | Starr | | 6.6 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.

prepare examination of Deb Mazanz

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 9/13/05 | Starr | | 6.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

pc client
draft bill of costs for Taxation
pc Peter Van Bergen
legal research interest and statutory penalty
review decision drafting motion for
review judgment amended decision
drafting affidavit 4 atty fees

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 7/15/05 | Starr | Auto | 6.4 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

draft cover letters and aff of service
and filing proposed findings

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 7/22/05 | Starr | | 1.9 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

review def Memorandum; draft,
serve, and file Reply Trial Memo,
affidavit of service, cover letters

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 9/14/05 | Starr | | 0.5 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

draft Bill of Costs, letter to client

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 9/15/05 | Starr | | 5.4 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

legal research penalty – drafting memorandum for amended judgment
legal research award of interest
pc client

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 9/20/05 | Starr | | 2.0 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

drafting motion and memorandum in support of amended findings

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 9/20/05 | Starr | | ~~3~~ 4.9 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

draft motion for attorney's fees
drafting memorandum for attorney's fees
draft Affidavit of attorney services

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 9/21/05 | Starr | | 5.7 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

drafting memorandum of law in support of motion for amended decision
pc client
drafting ~~motion for~~ memorandum
pc scheduling clerk
draft Notice of Motion

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 10/17/05 | Starr | | 0.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

review decision awarding interest and denying penalty

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 10/19/06 | Starr | | 0.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

pc client re: authorizing appeal

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 11/9/05 | Starr | | 0.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

pc client re: authorizing appeal

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 11/10/05 | Starr | | 0.8 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

draft, serve, and file notice of appeal re: penalty; draft cover letter; pay fee by fax form.

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 11/21/05 | Starr | | 0.4 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

draft, serve and file Representation Statement and cert. of service re: atty fees appeal

| Date: | Client: | Matter: | Hours: | Amount: |
| --- | --- | --- | --- | --- |
| 11/30/05 | Starr | | 0.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

dl designating separate appendix

| Date: | Client: | Matter: | Hours: | Amount: |
| --- | --- | --- | --- | --- |
| 12-21-05 | Starr | | 0.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

pc court reporter; draft transcript request and certificate

| Date: | Client: | Matter: | Hours: | Amount: |
| --- | --- | --- | --- | --- |
| 12/23/05 | Starr | | 0.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

pc client re: appeal attys fees order

| Date: | Client: | Matter: | Hours: | Amount: |
| --- | --- | --- | --- | --- |
| 12/23/05 | Starr | | 0.6 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

draft Form A & representation statement, certificate of service

| Date: | Client: | Matter: | Hours: | Amount: |
| --- | --- | --- | --- | --- |
| 12/23/05 | Starr | | 0.6 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.

draft, serve, and file notice of appeal re: atty fees; draft cover letter; pay fee by faxed form

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 12/28/05 | Starr | | 2.0 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

research attorney fees

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/4/06 | Starr | | 2.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

legal research attorney's fees

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/6/06 | Starr | | 1.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

review Trial transcript

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/10/06 | Starr | Penalty & Atty | 3.1 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

prepare designation of appendix and statement (2)

Compile appendix documents

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/11/06 | Starr | Penalty & Atty | 0.4 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

serve and file Appendix Designation and Statement of Issues

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/23/06 | Starr | | 3.4 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation

drafting appellant's brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/25/06 | Starr | | 2.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

legal research; prepare appendix and addendum; draft appellate brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/26/06 | Starr | | 4.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

research penalty; draft brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/27/06 | Starr | | 1.5 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

drafting brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 2/1/06 | Starr | | 4.8 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation

drafting brief

| 2/2/06 | Starr | | 3.7 | |
|---|---|---|---|---|
| Date: | Client: | Matter: | Hours: | Amount: |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

drafting brief

| 2/3/05 | Starr | | 2.5 | |
|---|---|---|---|---|
| Date: | Client: | Matter: | Hours: | Amount: |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

drafting brief

| 2/15/06 | Starr | | 1.8 | |
|---|---|---|---|---|
| Date: | Client: | Matter: | Hours: | Amount: |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

draft Table of Authorities for appellant brief
draft final revisions to brief

| 3/31/06 | Starr | | 0.5 | |
|---|---|---|---|---|
| Date: | Client: | Matter: | Hours: | Amount: |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.

review Appellee brief

| 2-21-06 | Starr | | 0.3 | |
|---|---|---|---|---|
| Date: | Client: | Matter: | Hours: | Amount: |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document

serve and file Appellant's Brief
cover letters

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 4/4/06 | Starr | | 2.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document

outline of Appellee's Brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 4/10/06 | Starr | | 6.6 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document

drafting Reply Brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 4/11/06 | Starr | | 5.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

drafting Reply Brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 4/12/06 | Starr | | 2.7 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

draft Reply Brief; draft certificate of Compliance; draft Certificate of Virus Scan; draft Certificate of Service; draft cover letters

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 4-14-06 | Starr | | 0 3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

filing and service Reply Brief

| 6/13/06 | Starr | | 3.3 | |
|---|---|---|---|---|
| Date: | Client: | Matter: | Hours: | Amount: |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

preparation for oral argument review briefs, transcript and record on appeal

| 6/14/06 | Starr | | 2.0 | |
|---|---|---|---|---|
| Date: | Client: | Matter: | Hours: | Amount: |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

travel time to St. Louis for oral argument
11:30 a.m. – 3:30 pm
50%

| 6/15/06 | Starr | | 2.6 | |
|---|---|---|---|---|
| Date: | Client: | Matter: | Hours: | Amount: |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

Appearance in 8th Circuit Court of Appeals in St. Louis

| 6/16/06 | Starr | | 1.5 | |
|---|---|---|---|---|
| Date: | Client: | Matter: | Hours: | Amount: |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

draft letter memorandum; service and filing