| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 12/28/05 | Starr | | 2.0 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.

research attorney fees

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/4/06 | Starr | | 2.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

legal research attorney's fees

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/6/06 | Starr | | 1.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.

review Trial transcript

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/10/06 | Starr | Penalty & Atty | 3.1 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

prepare designation of appendix and statement (2)

compile appendix documents

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/11/06 | Starr | Penalty & Atty | 0.4 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation

serve and file Appendix Designation and Statement of Issues

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/23/06 | Starr | | 3.4 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

drafting appellant's brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/25/06 | Starr | | 2.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo

legal research; prepare appendix and addendum; draft appellate brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/26/06 | Starr | | 4.2 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.

research penalty; draft brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 1/27/06 | Starr | | 1.5 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.

drafting brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 2/1/06 | Starr | | 4.8 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

drafting brief

| 2/2/06 | Starr | | 3.7 | |
|---|---|---|---|---|
| **Date:** | **Client:** | **Matter:** | **Hours:** | **Amount:** |

CHARGEABLE TIME SLIP

pc – phone conf. drafting brief
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation

| 2/3/05 | Starr | | 2.5 | |
|---|---|---|---|---|
| **Date:** | **Client:** | **Matter:** | **Hours:** | **Amount:** |

CHARGEABLE TIME SLIP

pc – phone conf. drafting brief
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

| 2/15/06 | Starr | | 1.8 | |
|---|---|---|---|---|
| **Date:** | **Client:** | **Matter:** | **Hours:** | **Amount:** |

CHARGEABLE TIME SLIP

pc – phone conf. draft Table of Authorities for appellant brief
oc – office conf.
dl – draft letter draft final revisions to brief
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

| 3/31/06 | Starr | | 0.5 | |
|---|---|---|---|---|
| **Date:** | **Client:** | **Matter:** | **Hours:** | **Amount:** |

CHARGEABLE TIME SLIP

pc – phone conf. review Appellee brief
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.

| 2-21-06 | Starr | | 0.3 | |
|---|---|---|---|---|
| **Date:** | **Client:** | **Matter:** | **Hours:** | **Amount:** |

CHARGEABLE TIME SLIP

pc – phone conf. serve and file Appellant's Brief
oc – office conf.
dl – draft letter cover letters

| 4/4/06 | Starr | | 2.2 | |
|---|---|---|---|---|
| **Date:** | **Client:** | **Matter:** | **Hours:** | **Amount:** |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

outline of Appellee's brief

| 4/10/06 | Starr | | 6.6 | |
|---|---|---|---|---|
| **Date:** | **Client:** | **Matter:** | **Hours:** | **Amount:** |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.

drafting Reply Brief

| 4/11/06 | Starr | | 5.3 | |
|---|---|---|---|---|
| **Date:** | **Client:** | **Matter:** | **Hours:** | **Amount:** |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

drafting Reply Brief

| 4/12/06 | Starr | | 2.7 | |
|---|---|---|---|---|
| **Date:** | **Client:** | **Matter:** | **Hours:** | **Amount:** |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

draft Reply Brief; draft certificate of Compliance; draft Certificate of Virus Scan; draft Certificate of Service; draft cover letters

| 4-14-06 | Starr | | 0.3 | |
|---|---|---|---|---|
| **Date:** | **Client:** | **Matter:** | **Hours:** | **Amount:** |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter

filing and service Reply Brief

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 6/13/06 | Starr | | 3.3 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation
rf – review file

preparation of oral arguments review briefs, transcript and record on appeal

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 6/14/06 | Starr | | 2.0 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

travel time to St. Louis for oral argument
11:30 a.m. - 3:30 pm
50%

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 6/15/06 | Starr | | 2.6 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo
pr – preparation

Appearance in 8th Circuit Court of Appeals in St. Louis

| Date: | Client: | Matter: | Hours: | Amount: |
|---|---|---|---|---|
| 6/16/06 | Starr | | 1.5 | |

CHARGEABLE TIME SLIP

pc – phone conf.
oc – office conf.
dl – draft letter
dd – draft document
rc – review corresp.
rd – review doc.
ca – court appear.
td – take depo
ad – attend depo

draft letter memorandum; service and filing