ORBITZ

close window

Print

## St Louis 6/14/06

## Flight + hotel package reservation

Orbitz package record locator: S15WZ3
Total trip cost: **$488.03 USD**

Robert Bruno
E-mail (rjbruno2@comcast.net)
Change

Set up OrbitzTLC Alerts
Learn more about OrbitzTLC Alerts
Send OrbitzTLC Alerts to others
Cancel all alerts for this trip

## Flight reservation

**Orbitz record locator:** AP290104NFAN62BA
**Airline record locator:** American Airlines - CUUJSP
**Ticket numbers:** not yet available

**Security update**:
Airports require that each traveler obtain a boarding pass before entering the security checkpoint.

**Traveler(s)** **Frequent flier details**
ROBERT BRUNO

### Wednesday, June 14, 2006

**Leave**

**American Airlines 5339**
Operated by: AMERICAN CONNECTION/CHAUTAUQUA
Please check in with the operating carrier.

| | | |
|---|---|---|
| Depart: | **1:35pm** afternoon | **Minneapolis, MN** Minneapolis St Paul Intl (MSP) |
| Arrive: | **3:08pm** afternoon | **St Louis, MO** Lambert-St Louis Intl (STL) |

Economy | Embraer RJ140 (ERD) | 1hr 33min | 449 miles

Seat: 14B

Seat is confirmed.

### Thursday, June 15, 2006

**Return**

**American Airlines 5342**
Operated by: AMERICAN CONNECTION/CHAUTAUQUA
Please check in with the operating carrier.

Stan

Depart: **4:10pm** afternoon **St Louis, MO** Lambert-St Louis Intl (STL)

Arrive: **5:50pm** evening **Minneapolis, MN** Minneapolis St Paul Intl (MSP)

Economy | Embraer RJ140 (ERD) | 1hr 40min | 449 miles

Seat: 14A

Seat is confirmed.

### Ticket information

An e-ticket has been issued for this reservation. No ticket will be mailed to you. More about e-tickets

## Hotel reservation

**Reservation made for:**
Robert Bruno

**Total guests:** 1
**Total rooms:** 1

**Wed, Jun 14, 2006** **Check-in**
**Thu, Jun 15, 2006** **Check-out**

**Millennium Hotel St. Louis**
**Address**
200 S. 4th Street
St. Louis, MO 63102
**Phone:** 1-314-241-9500
**Fax:** 1-314-241-9601
**Check in/out:** 3 PM / 12 Noon

**Room description**
OrbitzSaver - Buy Now and Save!
Economy Room - 2 double bed

**Special requests**
non-smoking

These requests cannot be guaranteed. Orbitz recommends that you contact the hotel directly to ensure your request can be accommodated.

---

## Trip cost summary

**Flight + hotel package total:** **$488.03**

### Review terms and conditions applicable to your Orbitz Package

**Prepayment**: Your credit card will be charged for the full Orbitz Package price indicated at the time of booking.

**Cancellations**: Cancellations of your Orbitz Package will incur a cancellation fee. The amount of the fee will depend on when you cancel. You may only cancel your entire Orbitz Package and not any individual component.

**Changes**: Changes to your Orbitz Package after the time of booking will incur both change fees and any additional amount attributable to any increase in the price of your Orbitz Package that result from the changes. Changes are subject to availability and to restrictions and limitations imposed by airlines, hotels, and other travel providers. Some airline tickets cannot be changed.

Please read the full Orbitz Package Terms and Conditions for details on applicable cancellation and change fees and other important terms and conditions applicable to your Orbitz Package.

Please read the complete terms and conditions

Print