**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122(JNE)**

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

I hereby certify that on September 15, 2006, I cause the following documents: Notice of Motion, Motion, Plaintiff's Memorandum In Support of Motion For Attorney's Fees Award, Affidavit of Robert J. Bruno, and Certificate of Compliance with Local Rul 7.1, and Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Peter G. Van Bergen, Esq.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

(none)

Dated: September 15, 2006

Robert J. Bruno (#12415)
Attorney for Plaintiff
1601 E. Highway 13, Suite 107
Burnsville, MN 55337
952-890-9171