UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Action No. 01-1122 (JNE/SRN)

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

**AFFIDAVIT OF ROBERT J. BRUNO**

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

ROBERT J. BRUNO solemnly affirms under penalty of perjury as follows:

1. That I am the attorney for plaintiff herein and I have first-hand knowledge of the matters contained herein.

2. On November 10, 2005 an appeal was taken by the plaintiff from the judgment of this court filed October 28, 2005, denying statutory damages. The file number in the Eighth Circuit Court of Appeals is 05-4178. On December 19, 2005, this court denied the plaintiff's motion for attorney's fees. On December 23, 2005, a second appeal was taken by the plaintiff. The file number in the Eighth Circuit Court of Appeals is 06-06-1087. On January 9, 2006, the Eighth Circuit Court of Appeals consolidated both appeals for purposes of briefing and argument.

3. In addition to the services that I performed which are described in my affidavit on file herein dated September 29, 2006, I performed the following reasonable and necessary legal services to the plaintiff after September 30, 2006:

| Date | Description of service | Time (hr.) |
|---|---|---|
| 10-17-05 | Review decision awarding interest and denying penalty | 0.3 |

| | | |
|---|---|---|
| 10-19-05 | Phone conference with client | 0.2 |
| 11-1-05 | Draft Representation Statement and Certificate of Service re: penalty appeal | 0.4 |
| 11-9-05 | Phone conference with client | 0.2 |
| 11-10-05 | Draft, serve, and file Notice of Appeal, Form A, re: penalty; draft cover letters to the Court and counsel; file representation statement and certificate of service; pay fee by faxed form | 0.8 |
| 11-21-05 | Draft, serve, and file Representation Statement and Certificate of Service re: attorney's fees appeal | 0.4 |
| 11-30-05 | Draft letter designating separate appendix | 0.2 |
| 12-21-05 | Phone conference with court reporter; draft transcript request and court reporter's certificate | 0.3 |
| 12-23-05 | Phone conference with client | 0.2 |
| 12-23-05 | Draft, serve, and file Notice of Appeal, Form A, representation statement, certificate of service, re: attorney's fees appeal; draft cover letters; pay fee by faxed form | 1.2 |
| 12-28-05 | Legal research re: attorney's fees | 2.0 |
| 1-4-06 | Legal research re: attorney's fees | 2.3 |
| 1-6-06 | Review trial transcript | 1.3 |
| 1-10-06 | Prepare designation of appendix and statement for each appeal; compile Appendix documents | 3.1 |
| 1-11-06 | Draft, serve, and file Appendix Designation and Statement of Issues re: attorney's fees appeal; draft and file certificate of service | 0.9 |
| 1-23-06 | Drafting appellant's brief | 3.4 |
| 1-25-06 | Legal research re: standard of review; prepare appendix and addendum; draft appellant's brief | 2.2 |
| 1-26-06 | Research penalty; draft appellant's brief | 4.2 |
| 1-27-06 | Drafting appellant's brief | 1.5 |
| 2-1-06 | Drafting appellant's brief | 4.8 |
| 2-2-06 | Drafting appellant's brief | 3.7 |

| | | |
|---|---|---|
| 2-3-06 | Drafting appellant's brief | 2.5 |
| 2-15-06 | Draft Table of Authorities for appellant brief; draft final revisions to brief | 1.8 |
| 2-21-06 | Serve and file Appellant's Brief and Appendix, cover letters, Certificate of Service | 0.3 |
| 3-31-06 | Review Appellee brief | 0.5 |
| 4-4-06 | Outline of Appellee brief | 2.2 |
| 4-10-06 | Drafting reply brief | 6.6 |
| 4-11-06 | Drafting reply brief | 5.3 |
| 4-12-06 | Drafting reply brief; draft Certificate of Compliance; draft Certificate of Virus Scan; draft Certificate of Service; draft cover letters | 2.7 |
| 4-14-06 | Filing and service of Reply Brief, cover letters, Certificate of Service | 0.3 |
| 6-13-06 | Preparation of oral argument; review briefs, transcript and record on appeal | 3.3 |
| 6-14-06 | Travel time to St. Louis for oral argument, 11:30 a.m. – 3:30 p.m., 50% | 2.0 |
| 6-15-06 | Appearance in 8th Circuit Court of Appeals in St. Louis at 8:30 a.m. | 2.6 |
| 6-16-06 | Legal research; draft letter memorandum requested by circuit panel; service and filing | 1.5 |
| 8-25-06 | Review decision of Eighth Circuit | 0.2 |
| 9-14-06 | Draft Motion, Memorandum of law, Affidavit of Robert J. Bruno re: attorney's fees | 3.0 |
| 9-15-06 | Draft word count certificate and certificate of service; phone conference with scheduling clerk; filing motion by ECF | 0.8 |
| Total: | | 68.3 |

TOTAL HOURS (September 30, 2005 to September 15, 2006): 68.3 @ $250 per hour = $17,075.00.

TOTAL HOURS (May, 2001 to September 29, 2005 described in Affidavit of Robert J. Bruno dated September 29, 2005): 189.7 @ $250.00 per hour = $47,425.00.

4. The following reasonable and necessary expenses of this litigation were incurred in this action:

| | |
|---|---|
| Shipping of Appellant's Brief and Appendix to Court of Appeals | $ 96.51 |
| Orbitz flight and hotel package to St. Louis for oral argument in Eighth Circuit Court of Appeals at 8:30 a.m. June 15, 2006 | $488.03 |
| Total | $584.54 |

5. Attached hereto are the manual time slips kept contemporaneously for the services described above and for the services described in my affidavit dated September 29, 2005.

6. The total reasonable and necessary attorney's fees and expenses for the services of the undersigned on behalf of the plaintiff in the above-captioned action includes $47,425.00 described in my affidavit dated September 29, 2005, plus $17,075.00 described herein, plus expenses described herein of $584.54, for a total of $65,084.54.

FURTHER YOUR AFFIANT SAYETH NOT.

s/ Robert J. Bruno
Robert J. Bruno

Subscribed and solemnly affirmed before
me this 15th day of September, 2006.

s/ Lora Lee Pederson-Thusholt
Notary Public