# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Nos. 05-4178/06-1087

| | | |
|---|---|---|
| Gary Starr, Individually and as the Father and Natural Guardian of Gabrielle Cotton, a Minor, | * * * | |
| Appellant, | * * * | Appeals from the United States District Court for the District of Minnesota |
| vs. | * * | |
| Metro Systems, Inc., a Minnesota Corporation; Deborah Masanz, | * * * | |
| Appellees. | * | |

**JUDGMENT**

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgments of the district court in these causes are affirmed in part and reversed in part in accordance with the opinion of this Court.

(5172-010199)

August 24, 2006

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
SEP 18 2006
U.S. DISTRICT COURT MPLS