**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF COMPLIANCE**
**WITH LOCAL RULE 7(c)**

CASE NUMBER: 01-1122 (JNE/SRN)

I, Tamara L. Novotny, certify that **DEFENDANT'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Word Perfect Version 12, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,579 words.

**COUSINEAU McGUIRE CHARTERED**

Dated: 9/21/06

By: s/Tamara L. Novotny

**PETER G. VAN BERGEN #112033**
**TAMARA L. NOVOTNY #029617X**
Attorneys for Defendants
1550 Utica Avenue South
Suite 600
Minneapolis, Minnesota 55416-5318
(952) 546-8400

1024974.1