UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1122(JNE/SRN)

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

v.

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

Certification of Compliance
Pursuant to L.R. 7.1

The undersigned attorney in this case certifies that Plaintiff's Reply Memorandum of Law in Support of Motion For Attorney's Fees complies with the word count limitation of Local Rule 7.1 (c), having 1690 words, inclusive of all text (including headings, footnotes and quotations).

Dated: September 25, 2006

s/ Robert J. Bruno

Robert J. Bruno (#12415)
ROBERT J. BRUNO, LTD.
107 Burnsville Professional Plaza
1601 E. Highway 13
Burnsville, MN 55337
Phone: 952-890-9171
Fax: 952-890-9172

*Attorney for Plaintiff*