**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122(JNE)**

FILED
06 SEP 28 PM 1:24
HENNEPIN COUNTY DEPUTY COURT ADMINISTRATOR

GARY STARR, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

METRO SYSTEMS, INC., a Minnesota corporation, and DEBORAH MASANZ,

Defendants.

**CERTIFICATE OF SERVICE**

27

I hereby certify that on September 26, 2006, I cause the following documents:

proposed Order and Certificate of Service

to be served upon the following:

Peter G. Van Bergen, Esq.

by U. S. mail, by placing a copy thereof in an envelope and arranging for the deposit of same, postage prepaid, in the United States mails at Burnsville, Minnesota.

Dated: September 26, 2006

Robert J. Bruno (#12415)
Attorney for Plaintiff
1601 E. Highway 13, Suite 107
Burnsville, MN 55337
952-890-9171

Subscribed and affirmed before me on September 26, 2006, under penalty of perjury.

Notary Public

LORA LEE PEDERSEN-THUSHOLT
Notary Public
Minnesota
My Commission Expires January 31, 2010

SCANNED
SEP 28 2006
U.S. DISTRICT COURT MPLS

**ROBERT J. BRUNO, LTD.**

Robert J. Bruno
Attorney at Law
107 Professional Plaza
1601 East Highway 13
Burnsville, MN 55337

Tel: (952)890-9171
Fax: (952)890-9172

RECEIVED
06 SEP 28 PM 4:11
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

September 26, 2006

Clerk of Court
United Stated District Court
District of Minnesota
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: Gary Starr v. Metro Systems, Inc.
U.S. District Court File No.: Civ. No. 01-1122(JNE)

Dear Clerk:

Enclosed for filing please find Certificate of Service of proposed Order.

Yours truly,

Robert J. Bruno

RJB/llpt
c/P. Van Bergen