ITEMIZATION OF COSTS ATTACHED TO FORM AO 133

Copies of papers necessarily obtained for use in the case:

Photocopies of summary judgment documents required to be filed with the court and served on opposing counsel at the in-house rate of counsel for the plaintiff:

| | | |
|---|---|---|
| 1/9/04 | Copies 684 @ .15 | 102.00 |
| 1/9/04 | Copies 62 @ .15 | 9.30 |
| 1/21/04 | Copies 1,344 @ .15 | 201.60 |
| 2/27/04 | Copies, 692 @ .15 | 103.80 |
| 3/1/04 | Copies, 74 @ .15 | 11.10 |

| | |
|---|---|
| Photocopies of trial exhibits 790 @ .15 | 118.50 |
| | $546.30 |

Other items:

| | |
|---|---|
| Deposition transcript of Deborah Masanz, who testified at trial, and which deposition transcript was used at trial | $405.55 |
| Deposition transcript of Gary Starr, who testified at trial | $144.70 |
| | $550.25 |