**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gary Starr,

Plaintiff, Civil No. 01-1122 (JNE/SRN)

v.

Metro Systems, Inc., et al.,

Defendants.

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $150.00 | $150.00 |
| Fees for Witnesses | $47.50 | $47.50 |
| Fees for Exemplification and Copies | $546.30 | $0 |
| Docket Fees under 28 U.S.C. § 1923 | $35.00 | $35.00 |
| Other Costs | $550.25 | $0 |
| TOTAL: | $1,329.05 | $232.50 |

Costs, therefore, are taxed in the sum of Two Hundred Thirty Two and 50/100 Dollars ($232.50) in favor of Plaintiff Gary Starr, and against Defendants Metro System, Inc., et al., and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of December 27, 2006.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk