**TAXATION OF COSTS SUMMARY**

Civil No. 01-1122 (JNE/SRN)

Gary Starr,

v.

Metro Systems, Inc., et al..

---

I. Fees of the Clerk

| | | | |
|---|---|---|---|
| Claimed | $150.00 | Allowed | $150.00 |

II. Fees for Witnesses

| | | | |
|---|---|---|---|
| Claimed | $47.50 | Allowed | $47.50 |

III. Fees for Exemplification and Copies

| | | | |
|---|---|---|---|
| Claimed | $546.30 | Allowed | $0 |

The prevailing party has failed to submit any invoices, receipts or other documentation supporting his request for taxation of costs for exemplification and copies. Without sufficient documentation to support the requested costs, the Clerk cannot tax such costs.

IV. Docket Fees under 28 U.S.C. § 1923

| | | | |
|---|---|---|---|
| Claimed | $35.00 | Allowed | $35.00 |

IV. Other Costs

| | | | |
|---|---|---|---|
| Claimed | $550.25 | Allowed | $0 |

The prevailing party has failed to submit any invoices, receipts or other documentation supporting his request for taxation of costs for costs related to the procurement of deposistion transcripts. Without sufficient documentation to support the requested costs, the Clerk cannot tax such costs.

**TOTAL ALLOWED: $232.50**

Dated: December 27, 2006