**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1122 (JNE/SRN)**

JAN 26 2007
CLERK US DIST COURT
MINNEAPOLIS MN

Gary Starr, individually, and as the father and natural guardian of Gabrielle Cotton, a minor,

Plaintiff,

vs.

Metro Systems, Inc., a Minnesota corporation, and Deborah Masanz,

Defendants.

**SATISFACTION OF JUDGMENTS**

The undersigned, Attorney for Plaintiff Gary Starr, individually, and as the father and natural guardian of Gabrielle Cotton, and on behalf of the above-named Plaintiff, hereby acknowledges that all of the Judgments entered by either the Eighth Circuit Court of Appeals or United States District Court for the District of Minnesota, have been satisfied by Defendants in full, including all applicable post-judgment interest, and the Court Administrator is hereby authorized to discharge said Judgments of record:

October 6, 2006 - Judgment from the Eighth Circuit Court for costs in the amount of $317.08;

November 21, 2006 - attorneys' fees awarded by the District Court in the amount of $52,888.03; and

December 27, 2006 - costs awarded by the District Court in the amount of $232.50.

The total amount paid in full satisfaction of the above judgments, with interest, and which is hereby acknowledged by the undersigned is $53,821.64.

SCANNED
JAN 26 2007
U.S. DISTRICT COURT MPLS

**ROBERT J. BRUNO, LTD.**

Dated: 1/22/07

By: Robert J. Bruno

**ROBERT J. BRUNO #12415**
Attorneys for Plaintiff Gary Starr
107 Professional Plaza
1601 East Highway 13
Burnsville, MN 55337
(952) 890-9171

1047337

Cousineau McGuire

William [illegible]* | Thomas F. Coleman | Tamara L. Novotny[illegible] | Jennifer M. Gibson
Peter G. Van Bergen‡ | Richard W. Schmidt* | Christopher P. Malone* | Jessica J. Theisen
James R. Waldhauser | Susan D. Thurmer*◊ | Sarah L. Showalter | Christopher K. Iijima
Thomas P. Kieselbach* | Lisa F. Kinney*† | David A. Wikoff | Heidi A. Swisher
Barbara A. Burke‡ | Michael D. Barrett* | Sandra P. Barnes* | Susan M. Thill
James L. Haigh | Andrea E. Reisbord | Ted A. Johnson | Melody M. Pederson
Michael W. McNee* | Jo Ann Strauss | Vincent A. Petersen
John T. Thul* | Dawn L. Gagne | Kathleen M. Ghreichi | **Of Counsel:**
Mark A. Kleinschmidt* | Craig A. Larsen | Amber R. Koth | Mark L. Pfister‡

Attorneys at Law
*Also Admitted in Wisconsin †Also Admitted in Michigan ◊Also Admitted in Florida
□Also Admitted in North Dakota ‡MSBA Board Certified Civil Trial Specialist

January 25, 2007

FILED
MAIL
JAN 26 2007
CLERK US DIST COURT
MINNEAPOLIS MN

Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

RE: Gary Starr v. Metro Systems, Inc. and Deborah Masanz
Civil No. 01-1122 (JNE/SRN)
Our File No.: 47,482/271

Dear Sir/Madam:

Enclosed for filing in the above matter please find an executed Satisfaction of Judgments indicating that all judgments entered in relation to the above matter have been paid in full and may be discharged from the Court's record. If there are any questions regarding the above, please do not hesitate to contact me. Thank you.

Sincerely,

Tamara L Novotny

Tamara L. Novotny
DIRECT NUMBER: (952) 525-6939
E-MAIL ADDRESS: TNOVOTNY@COUSINEAULAW.COM

TLN/mjb
Enc./1051072

cc: Robert J. Bruno, Esq. (wo/enc.)