**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

**DATE:** April 04, 2007

RE: 05-4178 Gary Starr v. Metro Systems, Inc., et al
06-1087 Gary Starr v. Metro Systems, Inc., et al

**TO:** Richard Sletten

**FROM:** James J. Foster

RECEIVED
APR 09 2007
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Enclosed are the following records for return to your office:

Original file: Transcript: 1 vol.

Deposition: Sealed:

Exhibits:

Other:

[ x] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

District Court/Agency Case Number(s): CIV 01-1122 JNE/SRN

jff

SCANNED
APR 0 9 2007
U.S. DISTRICT COURT MPLS